UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Hampton Hall, LLC, | Case No. 9:17-cv-1575-RMG |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL OF ARCHITECTURAL WINDOW & DOOR, INC.** |
| Chapman Coyle Chapman & Associates, Architects AIA, Inc., and Choate Construction Company, | |
| Defendants. | |
| vs. | |
| Choate Construction Company, | |
| Third-Party Plaintiff, | |
| vs. | |
| ABG Caulking Contractors, Inc., All American Glass Co, Inc., Architectural Window & Door, Inc., Continental Installation, LLC, Jeff Mills & Co., LLC, Loadstar, LLC, Reel Enterprises, R&D Caulking, Inc., Southern Roof and Wood Care, LLC, Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials, | |
| Third-Party Defendants | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant/Third-Party Plaintiff Choate Construction Company hereby dismisses Architectural Window & Door, Inc. from this action without prejudice.

Respectfully Submitted,

MCANGUS GOUDELOCK & COURIE, LLC

*s/* Danielle F. Payne
Danielle F. Payne, Fed ID No. 10227
James D. Smith, Jr., Fed. ID No. 16179
735 Johnnie Dodds Blvd., Suite 200
Mt. Pleasant, South Carolina 29464
(843) 576-2904
(843) 534-0605
jsmith@mgclaw.com
Danielle.payne@mgclaw.com

ATTORNEYS FOR CHOATE CONSTRUCTION COMPANY

April 13, 2018