# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| HAMPTON HALL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHAPMAN COYLE CHAPMAN & ASSOCIATES ARCHITECTS, AIA, INC. AND CHOATE CONSTRUCTION COMPANY, <br><br> Defendants. | Civil Action No.: 9:17-CV-1575-RMG |
| CHOATE CONSTRUCTION COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ABG CAULKING CONTRACTORS, INC., ALL AMERICAN GLASS CO., INC., ARCHITECTURAL WINDOW & DOOR, INC., BONITA STUCCO, CHOO CHOO BUILD IT MART, CONTINENTAL INSTALLATION, LLC, JEFF MILLS & CO., LLC, LOADSTAR, LLC, REEL ENTERPRISES, MB3 CONSTRUCTION SERVICES, INC., R&D CAULKING, INC., SOUTHERN ROOF AND WOOD CARE, CORP., WILLIAMS BROTHERS LUMBER CO., LLC D/B/A HD SUPPLY LUMBER & BUILDING MATERIALS, <br><br> Third-Party Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO WILLIAMS BROTHERS LUMBER CO., LLC D/B/A HD SUPPLY LUMBER & BUILDING MATERIALS AND PROPOSED ORDER** |
| SOUTHERN ROOF AND WOOD CARE CORP., <br><br> Fourth-Party Plaintiff, <br><br> v. <br><br> ATLANTIC BEST ROOFING, INC., <br><br> Fourth-Party Defendant. | |

Pursuant to Rule 41(A)(2) of the *Federal Rules of Civil Procedure*, and subject to the approval of the Court below, the undersigned parties Defendant/Third-Party Plaintiff Choate Construction Company and Third-Party Defendant Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials hereby stipulate to the dismissal of Third-Party Defendant Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: 5/23/19 */s/ Danielle Payne*
_____
Choate Construction Company
By: Danielle Payne, Esquire
Its: Attorney

Dated: 5/23/19 */s/ Elizabeth Wieters*
_____
Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials
By: Elizabeth Wieters, Esquire
Its: Attorney

**AND IT IS SO ORDERED.**

_____          _____
Date                              The Honorable Richard M. Gergel
                                      United States District Judge