UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Hampton Hall, LLC, | ) | |
| | ) | C.A. No.: 9:17-cv-01575-RMG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Chapman Coyle Chapman & Associates Architects AIA, Inc. and Choate Construction Company, | ) ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** (ending action) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Choate Construction Company, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ABG Caulking Contractors, Inc., All American Glass Co, Inc., Architectural Window & Door, Inc., Bonita Stucco, Choo Choo Build It Mart, Continental Installation, LLC, Jeff Mills & Co. LLC, Loadstar, LLC, Reel Enterprises, MB3 Construction Services, Inc., R&D Caulking, Inc., Southern Roof And Wood Care, LLC, Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |
| Southern Roof And Wood Care Corp., | ) | |
| | ) | |
| Fourth Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Atlantic Best Roofing, Inc., | ) | |
| | ) | |
| Fourth Party Defendant. | ) | |

Having settled all claims which were or could have been brought, and pursuant to Rule 41(a)(1)(A)(ii), FRCP, all parties which have appeared hereby stipulate that this action is DISMISSED WITH PREJUDICE, with each party to bear its own costs.

June 28, 2019

| **WE SO STIPULATE:**<br><br>*s/ Michael Scardato* | **WE SO STIPULATE:**<br><br>*s/ Alex Joyner* |
|---|---|
| Michael A. Scardato, Esq.<br>mscardato@burr.com<br>Burr and Foreman, LLP<br>P.O. Box 1431<br>Charleston, SC 29402<br><br>AND<br><br>Justin O. Lucey, Esq.<br>jlucey@lucey-law.com<br>Lucey Law Firm<br>415 Mill Street<br>Mount Pleasant, SC 29464<br><br>*Attorneys for Plaintiff Hampton Hall, LLC.* | Michael B.T. Wilkes, Esq.<br>mwilkes@wilkeslaw.com<br>J. Alexander Joyner, Esq.<br>ajoyner@wilkeslaw.com<br>200 Meeting Street<br>Suite 205<br>Charleston, SC 29401<br><br>*Attorneys for Chapman Coyle Chapman & Associates Architects, AIA, Inc.* |
| **WE SO STIPULATE:**<br><br>*s/ Danielle Payne* | **WE SO STIPULATE:**<br><br>*s/ Andrew Walden* |
| J.D. Smith, Esq.<br>jsmith@mgclaw.com<br>Danielle Payne, Esq.<br>Danielle.payne@mgclaw.com<br>McAngus Goudelock & Courie<br>735 Johnnie Dodds Blvd., Suite 200<br>Mt. Pleasant, SC 29464<br><br>*Attorneys for Choate Construction Company* | Greg Horton, Esq.<br>Greg.horton@wbd-us.com<br>Andrew Walden, Esq.<br>Andrew.walden@wbd-us.com<br>Womble Bond Dickenson US LLP<br>5 Exchange Street<br>Charleston, SC 29402<br><br>*Attorneys for ABG Caulking Contractors, Inc.* |

| **WE SO STIPULATE:** <br><br> *s/ Josh Shaw* <br> Jonathan Roquemore, Esq. <br> jroquemore@hedrickgardner.com <br> Joshua Shaw, Esq. <br> jshaw@hedrickgardner.com <br> Hedrick Gardner <br> P.O. Box 11267 <br> Columbia, SC 29211 <br><br> *Attorneys for Jeff Mills & Co. LLC* | **WE SO STIPULATE:** <br><br> *s/ David Cobb* <br> Laura Paris Paton, Esq. <br> lpaton@carlockcopeland.com <br> Clinton Magill, Esq. <br> cmagill@carlockcopeland.com <br> Carlock, Copeland & Stair <br> 40 Calhoun Street, Suite 400 <br> Charleston, SC 29401 <br><br> AND <br><br> David S. Cobb, Esq. <br> dcobb@turnerpadget.com <br> Turner Padget Law <br> 40 Calhoun Street, Suite 200 <br> Charleston, SC 29401 <br><br> *Attorneys for Reel Enterprises, Inc.* |
|---|---|
| **WE SO STIPULATE:** <br><br> *s/ Tom Hesse* <br> Thomas H. Hesse, Esq. <br> tom@austengowder.com <br> Austen & Gowder, LLC <br> 1629 Meeting Street, Suite A <br> Charleston, SC 29405 <br><br> *Attorney for R&D Caulking, Inc.* | **WE SO STIPULATE:** <br><br> *s/ Catherine Chase* <br> Stephen L. Brown, Esq. <br> sbrown@ycrlaw.com <br> Catherine H. Chase, Esq. <br> cchase@ycrlaw.com <br> Young Clement Rivers, LLP <br> P.O. Box 993 <br> Charleston, SC 29402 <br><br> *Attorneys for Southern Roof & Wood Care Corp.* |

| **WE SO STIPULATE:** | **WE SO STIPULATE:** |
|---|---|
| *s/ Elizabeth Wieters* | *s/ Paige Ornduff* |
| Alan R. Belcher Jr., Esq. <br> abelcher@hallboothsmith.com <br> Elizabeth F. Wieters, Esq. <br> ewieters@hallboothsmith.com <br> Hall Booth Smith PC <br> 111 Coleman Boulevard, Suite 301 <br> Mt. Pleasant, SC 29464 <br><br> *Attorneys for Williams Brothers Lumber Co., LLC d/b/a HD Supply Lumber & Building Materials.* | William Duffie Powers, Esq. <br> dpowers@gwblawfirm.com <br> Paige Chamberlain Ornduff, Esq. <br> pcornduff@gwblawfirm.com <br> Gallivan, White, & Boyd, P.A. <br> PO Box 10589 <br> Greenville, SC 29603 <br><br> *Attorneys for Atlantic Best Roofing, Inc.* |